# CIPRIANI & WERNER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

ROBERT F. BALL
Member of NJ Bar
rball@c-wlaw.com

Woodbridge Corporate Plaza
485 (E) Route 1 South- Suite 120
Iselin, NJ 08830

Visit us online at
www.C-WLAW.com

Telephone: (848) 229-3300
Fax: (848) 247-6174

March 3, 2025

**VIA ECF**

Attention: The Honorable André M. Espinosa, U.S.M.J.
United States District Court
District of New Jersey-Newark Vicinage
50 Walnut Street, Room 2037
Newark, New Jersey 07101

   **RE: Robert Ayariga v. Pride Express Transportation, Inc., et al.**
      **Docket No.: 22-cv-07278(WMJ)**

Dear Honorable Judge Espinosa:

  Please be advised that the undersigned represents Defendants, Pride Express Transportation, Inc. and Franklin L. Cerrato-Carvajal ("Defendants"), in the above-referenced matter. Per the text Order of February 26, 2025, counselors have conferred and agreed upon May 14, 2025 for the In-Person Settlement Conference.

  We appreciate Your Honor's consideration and courtesies in this matter.

          Respectfully submitted,
          **CIPRIANI & WERNER, P.C.**

          */s/ Robert F. Ball*
          **ROBERT F. BALL, ESQUIRE**

RFB/mav (w/encl.)

cc: Nicholas P. Scutari, Esq. (via ecf)