# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT AYARIGA, | Civil Action No. 22-07278-WJM-AME |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| PRIDE EXPRESS TRANSPORTATION, INC., et al., | |
| Defendants. | |

The Court having held a status conference in this matter on January 30, 2025, and having thereafter received confirmation from all parties of a mutually agreeable date for a settlement conference [D.E. 31]; and for good cause shown,

**IT IS** on this 4th day of March 2025,

**ORDERED** that the Court will hold an in-person settlement conference on **Wednesday, May 14, 2025, at 9:45 a.m.** in Courtroom 2D of the Martin Luther King Federal Courthouse, 50 Walnut Street, Newark, New Jersey. Counsel and all clients with full settlement authority must attend. At least ten days before the settlement conference, the parties shall meet and confer to exchange a settlement demand and response; and it is further

**ORDERED** that no later than May 8, 2025, each party shall email to the Court an *ex parte* confidential settlement position letter, not to exceed five pages at 1.5 line spacing. Submit the letter to AME_orders@njd.uscourts.gov.

/s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge